# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1871. A. GARCIA TRUCKING AND PRODUCE, LLC et al. v. JOSE SANDOVAL.**

This Court has been provided notice that appellant Guarantee Insurance Company, the workers' compensation insurer in this appeal, has been declared insolvent, and an automatic stay was issued on November 27, 2017, staying all proceedings pending before the Georgia State Board of Workers' Compensation for a period of 120 days from the date of the liquidation order so as to allow time for transition of the handling of covered claims to the Georgia Insurers Insolvency Pool.

It is therefore ordered, for the purpose of avoiding prejudice to the parties by operation of the two-term rule contained in the Ga. Const. of 1983, Art. VI, Sec. IX, Para. II, that this case be remanded to the trial court until such time as the stay expires, is extinguished or waived, at which time the appellant shall be entitled to seek such relief as may be appropriate, by filing a notice of appeal within 30 days of the cessation of the stay.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*